# United States Bankruptcy Court
## Northern District of Georgia

In re  **Adam Paul Yeager**                                  Case No.  **11-57810**
                              Debtor(s)                       Chapter   **7**

## Notice of Change of Address

Debtor's Social Security Number:            xxx-xx-8823

**My Former Mailing Address was:**

Name:                **Adam Paul Yeager**

Street:              **5090 Bill View Drive**

City, State and Zip: **Douglasville, GA 30135**

Telephone #:

**Please be advised that effective immediately,
my new mailing address is:**

Name:                **Adam Paul Yeager**

Street:              **5090 Field View Drive**

City, State and Zip: **Douglasville, GA 30135**

Telephone #:

/s/ Karmel Sunzette Davis
Karmel Sunzette Davis 007707
The Law Office of Karmel Sunzette Davis
P.O. Box 5736
Douglasville, GA 30154
(678) 715-0967 Fax:(678) 715-0987
karmel_davis@yahoo.com